IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MARIO DANTE RAMSEY, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) 1:23-CV-73 |
| | ) |
| NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY ADULT CORRECTIONAL INSTITUTION, | ) |
| | ) |
| Respondent. | ) |

## ORDER AND JUDGMENT

The Recommendation of the United States Magistrate Judge was filed in accordance with 28 U.S.C. § 636(b) and the Clerk served the recommendation on the parties in this action. No objections were filed. The Court hereby adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED AND ADJUDGED** that this action is filed and dismissed *sua sponte* without prejudice to the petitioner filing a new petition, on the proper § 2254 forms, which corrects the defects cited in the Magistrate Judge's Recommendation.

A certificate of appealability shall not issue.

This the 2nd day of March, 2023.

_____
UNITED STATES DISTRICT JUDGE